Case 07-72272    Doc 53    Filed 09/30/08    Entered 09/30/08 15:31:45    Desc Main
            Document      Page 1 of 1

## United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: EDDIE A. HOLTZCLAW & JENIFER A. HOLTZCLAW  Case Number: 07-72272
406 LINDA AVENUE  SSN-xxx-xx-5765 & xxx-xx-4944
ROCHELLE, IL 61068

Case filed on: 9/24/2007
Plan Confirmed on: 1/18/2008

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $2,545.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTY BERNARD NATALE | 3,500.00 | 3,500.00 | 933.29 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 933.29 | 0.00 |
| 999 | EDDIE A. HOLTZCLAW | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FIRST NATIONAL BANK OF ROCHELLE | 5,567.07 | 5,567.07 | 1,179.58 | 257.17 |
| 002 | WELLS FARGO HOME MORTGAGE INC | 16,231.52 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 21,798.59 | 5,567.07 | 1,179.58 | 257.17 |
| 003 | ALLIED BUSINESS ACCOUNTS INC | 2,495.65 | 24.96 | 0.00 | 0.00 |
| 004 | AMERICAN MEDICAL COLLECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ATTORNEY TERRY HOSS & | 714.96 | 7.15 | 0.00 | 0.00 |
| 006 | BENNETT & DELONEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CB ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DEKALB CLINIC CHARTERED | 1,107.53 | 11.08 | 0.00 | 0.00 |
| 010 | COLLECTION SYSTEMS OF FREEPORT INC | 774.07 | 7.74 | 0.00 | 0.00 |
| 011 | DR. CHAD PILAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HAUSER-ROSS EYE INSTITUTE | 523.20 | 5.23 | 0.00 | 0.00 |
| 013 | C.B. ACCOUNTS | 7,603.56 | 76.04 | 0.00 | 0.00 |
| 014 | LINCOLN STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FULBRIGHT & ASSOCIATES PC | 1,668.03 | 16.68 | 0.00 | 0.00 |
| 016 | MUTUAL MANAGEMENT SERVICES | 334.50 | 3.34 | 0.00 | 0.00 |
| 017 | NICOR GAS | 1,227.51 | 12.28 | 0.00 | 0.00 |
| 018 | HEALTH CARE BILLING SERVICES | 1,049.80 | 10.50 | 0.00 | 0.00 |
| 019 | ROCHELLE MUNICIPAL UTILITIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD HEALTH PHYSICIANS | 318.00 | 3.18 | 0.00 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY INC | 783.06 | 7.83 | 0.00 | 0.00 |
| 022 | RRCA ACCOUNTS MANAGEMENT INC | 659.88 | 6.60 | 0.00 | 0.00 |
| 023 | VIVEK THAPPA | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROXNNE CHARNOCK | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCHELLE HIGH SCHOOL | 390.00 | 3.90 | 0.00 | 0.00 |
| 026 | COTTONWOOD FINANICAL | 1,757.50 | 17.57 | 0.00 | 0.00 |
| 027 | CHECK IT | 76.70 | 0.77 | 0.00 | 0.00 |
| 028 | DEKALB CLINIC CHARTERED | 1,404.23 | 14.04 | 0.00 | 0.00 |
| 029 | MUTUAL MANAGEMENT SERVICES | 207.50 | 2.07 | 0.00 | 0.00 |
|  | Total Unsecured | 23,095.68 | 230.96 | 0.00 | 0.00 |
|  | Grand Total: | 48,394.27 | 9,298.03 | 2,112.87 | 257.17 |

Total Paid Claimant: $2,370.04
Trustee Allowance: $174.96
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 09/26/2008        By /s/Heather M. Fagan